IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CASE NO. 2:20cr101-MHT |
| | ) | (WO) |
| TRACY LEANARD COLEMAN, JR. | ) | |

**FINAL ORDER OF FORFEITURE**

Before the court is the government's motion for a final order of forfeiture filed on April 2, 2021.

On October 30, 2020, this court entered a preliminary order of forfeiture (Doc. 32) ordering defendant Tracy Leanard Coleman, Jr. to forfeit his interest in a Ruger GP100 .357 caliber revolver with serial number scratched off and miscellaneous ammunition.

Publication of notice was not required pursuant to Rule G(4)(a) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions as the property is worth less than $1,000 and the only potential claimant is the defendant.  The government gave defendant notice in the indictment (Doc. 1) that it would seek the forfeiture of all property involved in the commission of the offenses in violation of 18 U.S.C. §§ 922(g)(1) and (k).

The court finds that the defendant has an interest in the property that is subject to forfeiture pursuant 18 U.S.C. § 924(d)(1) by 28 U.S.C. § 2461(c), and that the government has established the requisite nexus between the property and such offenses in violation of 18 U.S.C. § 922(g)(1).

Accordingly, it is hereby ORDERED that the government's motion for a final order of forfeiture (Doc. 66) is granted as follows:

1.	The following property is hereby forfeited to the United States pursuant to 18 U.S.C. § 924(d)(1) by 28 U.S.C. § 2461(c): **a Ruger GP100 .357 caliber revolver with serial number scratched off and miscellaneous ammunition.**

2.	All right, title, and interest to the property described above is hereby condemned, forfeited, and vested in the United States and shall be disposed of according to law.

3.	The United States District Court shall retain jurisdiction in the case for the purpose of enforcing this order.

4.	The clerk of the court shall forward a certified copy of this order to the United States Attorney's Office.

DONE, this the 5th day of April, 2021.

/s/  Myron H. Thompson
UNITED STATES DISTRICT JUDGE