IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA**    ) | |
| ) | **CRIMINAL ACTION NO.** |
| **v.**                          ) | **2:20cr101-MHT** |
| ) | **(WO)** |
| **TRACY LEANARD COLEMAN, JR.** ) | |

### ORDER

This case is before the court on defendant Tracy Leanard Coleman, Jr.'s motion for compassionate release. The applicable statute, 18 U.S.C. § 3582(c)(1)(A), authorizes courts to modify a term of imprisonment in only very limited circumstances. As relevant here, it states:

> "[T]he court, ... upon motion of the defendant after the defendant has fully exhausted all administrative rights to appeal a failure of the Bureau of Prisons to bring a motion on the defendant's behalf or the lapse of 30 days from the receipt of such a request by the warden of the defendant's facility, whichever is earlier, may reduce the term of imprisonment (and may impose a term of probation or supervised release with or without conditions that does not exceed the unserved portion of the original term of imprisonment), after considering the factors set forth in section 3553(a) to the

extent that they are applicable, if it finds that—

(i) extraordinary and compelling reasons warrant such a reduction; ...

and that such a reduction is consistent with applicable policy statements issued by the Sentencing Commission."

18 U.S.C. § 3582(c)(1)(A). Therefore, the court cannot grant a defendant's motion for compassionate release under § 3582(c)(1)(A) unless the defendant shows that: (1) he made a request for compassionate release to the warden of the prison where he is incarcerated; and (2) he has completed all available appeals from the warden's denial of compassionate release, <u>or</u> 30 days have passed since the date on which the warden received the prisoner's request for compassionate release.

In his motion, defendant Coleman does not state or attach paperwork showing that he has filed a request for compassionate release with the warden of his prison, and that he has exhausted all appeals or that 30 days have passed since he made his request for

2

compassionate release to the warden.

Accordingly, it is ORDERED that defendant Tracy Leanard Coleman, Jr.'s motion for compassionate release (Doc. 69) is denied.

DONE, this the 9th day of January, 2023.

                         /s/ Myron H. Thompson
                       UNITED STATES DISTRICT JUDGE