**IN THE DISTRICT COURT OF THE UNITED STATES FOR THE**

**MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | **CRIMINAL ACTION NO.** |
| v. | ) | **2:20cr101-MHT** |
| | ) | **(WO)** |
| **TRACY LEANARD COLEMAN, JR.** | ) | |

**ORDER**

As he is no longer incarcerated, it is ORDERED that defendant Tracy Leanard Coleman, Jr.'s motions for compassionate release (Doc. 71 and Doc. 74) and his associated motions for appointment of counsel (Doc. 71 and Doc. 73) are denied as moot.

DONE, this the 30th day of July, 2024.

/s/ Myron H. Thompson
**UNITED STATES DISTRICT JUDGE**