**IN THE DISTRICT COURT OF THE UNITED STATES FOR THE**

**MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | **CRIMINAL ACTION NO.** |
| **v.** ) | **2:20cr101-MHT** |
| ) | **(WO)** |
| **TRACY LEANARD COLEMAN, JR.** ) | |

**ORDER**

As he is no longer incarcerated, it is ORDERED that defendant Tracy Leanard Coleman, Jr.'s motion for compassionate release (Doc. 72) is denied as moot.

DONE, this the 9th day of August, 2024.

                                                           /s/ Myron H. Thompson  
                                          **UNITED STATES DISTRICT JUDGE**